Receipt Number

**550625**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

AUTO INSPECTION SERVICES, INC.

Plaintiff,

v.

FLINT AUTO AUCTION, INC., INVISO, INC.,
PRIORITY INSPECTION, INC., JOHN LUCE,
WILLIAM WILLIAMS, JR., ANGIE COMPTON,
LAWRENCE CUBITT, KENNETH J. MOFFITT,
SCOTT BRALEY, and JOHN DOES 1-10,

Defendants

Case: 2:06-cv-15100
Assigned To: Zatkoff, Lawrence P
Referral Judge: Scheer, Donald A
Filed: 11-14-2006 At 02:34 PM
CMP AUTO INSPECTION SERVICES, INC V
. FLINT AUTO AUCTION (TAM)

**VERIFIED
COMPLAINT**

**VERIFIED COMPLAINT AND JURY DEMAND**

NOW COMES Plaintiff AUTO INSPECTION SERVICES, INC. by and through

its Attorneys, L.C. Begin & Associates, P.L.L.C. to complain as follows:

**PARTIES/JURISDICTION/VENUE**

1.    Plaintiff AUTO INSPECTION SERVICES, INC. ("AIS") is a Michigan

corporation with a principal place of business at 425 West Huron Road,

Suite 120, Milford, Michigan, 48381.

2.    Defendant FLINT AUTO AUCTION ("FAA") is a Michigan corporation

with a principal place of business at 3711 Western Road, Flint, Michigan

48506; defendants JOHN LUCE, WILLIAM WILLIAMS, JR., ANGIE

COMPTON, LAWRENCE CUBITT, KENNETH J. MOFFITT, and

SCOTT BRALEY are, upon information and belief, citizens of the State of Michigan whose business address is 3711 Western Road, Flint, Michigan 48506. It is believed that FAA is doing business as INVISO, Inc. and/or PRIORITY INSPECTION, Inc., and therefore, INVISO, Inc. and PRIORITY INSPECTION have the same corporate address as FAA, and hereafter are included in the abbreviated designation for Flint Auto Auction, Inc., that is "FAA".

3.    Defendants John Does 1-10 are persons or entities whose identities are presently unknown, but who have conspired with or assisted the defendants identified herein with respect to the wrongdoing set forth below and/or who have the right and ability to control and a financial interest in the infringing activities described below.

4.    Jurisdiction is proper in this Court pursuant to 17 U.S.C. §101 et seq., 28 U.S.C. §§1331, 1332(a), 1338(a), and 1367 because this is an action for violation of the Digital Millenium Copyright Act (DMCA) and for copyright infringement, and upon information and belief, the amount in controversy exceeds $75,000.00.

5.    Venue is proper in this District pursuant to 28 U.S.C. §1391(c) and 28 U.S.C. §1400(a) because the defendants reside and have a principal place of business in this district.

**ALLEGATIONS COMMON TO ALL COUNTS**

2

6.      AIS is a developer of automotive inspection software that is utilized as a
uniform method of inspecting vehicles after the term of lease or use has
expired.  AIS has expended considerable money, effort, time, and
resources in this pursuit.  Among its products are the two versions of the
Upstream Direct Software which have been registered with the United
States Copyright Office.

7.      The software may be loaded on a central server and/or laptop computers
employed at the sites of inspection.  The modular approach of the laptop
computers eliminates the need to transfer the vehicles into a garage for
inspection, and thereby process the inspection by video or other known
methods.  The result is a substantial savings in time.

8.      The user of the laptop software may inspect vehicles by evaluating various
sections of the vehicle to be inspected, and then enter data in the
associated laptop.  At the same time, at least one picture may be entered to
indicate the present condition of each respective section of the vehicle
being inspected, if desired.  Accordingly, by way of example only, data
and pictures might be individually entered for each fender of the vehicle,
for the front and rear bumpers, for each door, for the rear interior, and so
forth.  When compared with dated methods of inspecting vehicles, such as
transporting a vehicle to an inspection depot or garage, compiling data
through written reports, and if desired, videotaping the inspection/vehicle,
the present method as provided by AIS software is substantially superior
relative to accuracy, inspection time, and cost-effectiveness.

3

9.   Paper reports are thereby eliminated or substantially reduced. Furthermore, the accuracy of the data for the inspections is assured given the pictures that are included therewith.   Furthermore, quality assurance relative to the quality of the inspections can be expedited by uploading the data and pictures over the internet to a server configured to receive the same.

10.   As a result, the overall inspection time for each vehicle is substantially reduced, while maximizing the overall accuracy of the inspection of each vehicle. Reduction of time, and of inspection errors, substantially reduces the storage time of the vehicles inspected, thereby ensuring the vehicles are available for resale or reuse at the earliest possible time. Accordingly, the inventory of the used vehicles is better managed thereby reducing handling, storage, and transfer costs associated with disposition of the used vehicles. On average, the inventory time for a vehicle is reduced from over thirty days, to less than a week.

11.   It is estimated that there are hundreds of new and used car dealerships, auction facilities, lessors, and auto salvage yards in the United States and Canada, for example, that inspect vehicles. Each facility constitutes a potential user of the software. Other users throughout the world are also contemplated.

12.   AIS is the present owner of the copyright for the Upstream Direct Software For Server (the "PROGRAM"), having a registration certificate number of TXu1-163-844 and a date of registration of March 16, 2004.

4

AIS is also the present owner of the copyright for the Upstream Direct Software For Laptop (also referred to as the "PROGRAM" alone or in combination with the Server version) having a registration certificate number of TXu1-186-903 and a date of registration of March 16, 2004. Copies of the registrations and original deposits are attached as Exhibit A.

13. Beginning on or about July 9, 1999 and through the present time, AIS developed a first version and continues to develop revised versions of the Upstream Direct Software relative to the inspections of vehicles at the end of their respective lease agreements. AIS improved on and continues to improve on the underlying software protected by U.S. copyright registrations.

14. FAA inspects automobiles at certain locations and forwards the information to the owners of the automobiles.

15. The Software protected by copyright, along with a proprietary hardened input device and related documentation have been developed by AIS to be used by automobile inspectors in the field to download assigned inspections, perform inspections, review inspections, attach digital pictures and upload inspections via wireless or hard wire to Web Data Base Services.

16. On or about October 27, 2003, FAA executed a licensing agreement with AIS granting FAA specific rights to use the Software. The nonexclusive licensing agreement is included as Exhibit B. Among other things, Article II A proscribes any use, printing, copying, translating, reverse engineering,

5

de-compiling, disassembling, modifying, or the creation of derivative

works, or of public display of the PROGRAM. Article II B of the license

proscribes any disclosure, sale, licensing, or distribution of the

PROGRAM to any third party. Article II B also authorizes FAA to make

one copy of the PROGRAM for backup purposes only.

17. Upon information and belief, on or about May 1, 2004, John Luce

personally, and in his capacity as General Manager of FAA, licensed

and/or otherwise transferred a copy of the PROGRAM to at least one third

party in violation of the license.

18. Upon information and belief, on or about May 1, 2004, John Luce

personally, and in his capacity as General Manager of FAA, provided a

copy or derivative of the PROGRAM to Columbus Fair Auto Auction,

Inc. (CFAA), an Ohio corporation, thereby permitting CFAA to

misappropriate AIS' property, and thus facilitate auto inspection services

with the use of the PROGRAM to a third party, in violation of the license

agreement.

19. One feature unique to the PROGRAM is the ability of an auto inspector to

record inspection data in a laptop computer installed with the PROGRAM.

The data is then uploaded via the internet to the parent company, AIS in

this case, for review of the data and quality control prior to forwarding of

the data to the owner of the vehicle or the customer. By this feature, AIS

is able to determine the time and place of the inspection, and compliance

6

with all scheduled inspections. Furthermore, AIS is also able to determine and detect the unauthorized use of the PROGRAM.

20. Upon information and belief, CFAA and/or an agent thereof, in possession of the PROGRAM, completed an inspection and the procedural steps required by the PROGRAM. The data was then transmitted by CFAA to AIS by virtue of the detection feature described in paragraph 15. See Exhibit C memorializing the data transmission.

21. Upon receipt of the data transmitted by CFAA, AIS informed CFAA that their use of the PROGRAM was unauthorized. CFAA confirmed that FAA had provided the PROGRAM, and that the data transferred was intended for receipt by FAA. CFAA also confirmed that they were inspecting vehicles using the PROGRAM.

22. Shortly thereafter, no further data was transmitted by CFAA to AIS. Over the telephone, AIS informed FAA, by and through John Luce, that FAA's transfer of the PROGRAM or a derivative/copy thereof to CFAA, in connection with inspections performed by CFAA violated the no-transfer provision of the license agreement, and also violated U.S. copyright law.

23. On or about May 7, 2004, FAA and John Luce were notified by AIS that transfer of the PROGRAM, or copies or derivatives thereof, constituted a breach of the license agreement. AIS then provided notice of cancellation of the license in accordance with the terms of the license agreement. See Exhibit D.

24. On or about May 18, 2004 FAA and John Luce responded by admitting that the PROGRAM had been transferred to a third party. See Exhibit E.

25. On or about August 15, 2006, Mr. Jacob Kniss, quit his former job where he had been employed by FAA to supervise and conduct auto inspections. Upon information and belief, Mr. Kniss worked for FAA from November 2001 to August 2006.

26. On or about October 13, 2006, AIS and Mr. Kniss met to review his background and experience. After AIS familiarized Mr. Kniss with the PROGRAM, Mr. Kniss indicated and confirmed that the same or substantially similar PROGRAM was currently used by FAA and John Luce. Specifically, Mr. Kniss indicated that the same displays and method of inspections, as uniquely provided by the PROGRAM, exists in various laptops and servers of FAA. Mr. Kniss has attested to the substantial similarity of FAA's software and the PROGRAM owned by AIS and protected by copyright. Mr. Kniss further confirms that he and another employee were instructed to modify the PROGRAM by Defendant FAA's management, or a similar version thereof, to accommodate the needs of onsite inspections at Flint Auto Auction. See Exhibit E. This violates the terms of the license agreement, and further violates U.S. copyright law given that the derivative created by Mr. Kniss at the direction of FAA management was not authorized.

27. Accordingly, upon information and belief, in violation of the license agreement and in violation of U.S. copyright law, FAA continues to use an

8

unauthorized and pirated version or derivative of the PROGRAM to inspect vehicles, and continues to receive data transmitted as per the PROGRAM protocol from one or more inspectors in the field to a new quality assurance hub, FAA. Because AIS is no longer receiving data from CFAA or other customers of FAA, AIS reasonably believes that the PROGRAM has been modified to change the quality assurance hub or feature from AIS to FAA, particularly in view of the assertions of Mr. Kniss. See Exhibit F.

28. Upon information and belief, FAA continues to utilize a derivative of the PROGRAM to inspect vehicles and continues to receive data transmitted as per the PROGRAM protocol from one or more inspectors in the field to a new quality assurance hub, FAA, in violation of the license agreement and in violation of U.S. copyright law.

29. Upon information and belief, FAA has increased its market share of the automotive inspection business at least as of July 2006 with the use of the PROGRAM. It is upon information and belief, believed that the pirated use of the PROGRAM predates July 2006. FAA therefore continues to pirate and steal current business and potential customers from the Plaintiff, through the unauthorized use of a pirated derivative or copy of the PROGRAM.

## COUNT ONE

### (Violation of the digital millennium copyright act)

30. AIS incorporates paragraphs 1-29 by reference as if fully set forth herein.

31.  AIS's user detection feature is a technological measure that effectively controls access to the PROGRAM by policing who uses the PROGRAM and transmits data thereby.

32.  Upon information and belief, by altering the PROGRAM to change the quality assurance hub from AIS to FAA, defendants have circumvented AIS's user detection feature without the authorization of AIS.

33.  Upon information and belief, Defendants have employed the altered PROGRAM to pirate, transfer, and use unauthorized copies and/or derivatives of the PROGRAM.

34.  Defendants have damaged Plaintiff AIS and therefore have caused immediate, proximate, and irreparable harm in stolen sales, customer good will, and other damages, that will continue if further notice is provided thereby permitting concealment of potential evidence by the Defendants.

35.  Defendants JOHN LUCE, WILLIAM WILLIAMS, JR., ANGIE COMPTON, LAWRENCE CUBITT, KENNETH J. MOFFITT, and SCOTT BRALEY, and John Does 1-10 (those working in concert with Mr. Luce and others, and not yet identified) are liable for FAA's actions because they have the right and ability to control FAA's circumvention of AIS's user detection devices and have a financial interest in that activity.

WHEREFORE Plaintiff Auto Inspection Services, Inc. demands judgment against Defendants FLINT AUTO AUCTION, INVISO, PRIORITY INSPECTION, JOHN LUCE, WILLIAM WILLIAMS, JR., ANGIE COMPTON, LAWRENCE

CUBITT, KENNETH J. MOFFITT, and SCOTT BRALEY, and John Does 1-10, jointly and severally, or in the alternative:

(1) for a preliminary and permanent injunction restraining Defendants from using any device which circumvents AIS's user detection feature/device;

(2) for an order impounding all copies of any circumvention device which are in the possession of any one defendant, and for an order of expedited discovery to prevent concealment of relevant evidence;

(3) for an order directing the destruction of any circumvention device which is in the possession of any defendant;

(4) for actual damages in accordance with 17 U.S.C. § 1203(c)(2);

(5) for statutory damages in accordance with 17 U.S.C. § 1203(c)(3);

(6) for costs of suit, including reasonable attorney's fees in accordance with 17 U.S.C. § 1203(b)(5);

and

(7) for such other relief as the Court may deem just.

## COUNT TWO

### (Copyright Infringement – Distribution of Unauthorized Copies)

36.     AIS incorporates paragraphs 1-34 by reference as if fully set forth herein.

37.     AIS is the owner of the copyright in the PROGRAM.

38.     Upon information and belief, FAA has reproduced copies or derivatives of the PROGRAM and has distributed the copies/derivatives of the

11

PROGRAM to others by sale or other transfer of ownership, or by rental, lease or lending, without AIS's authorization, contrary to AIS's exclusive rights to the PROGRAM as provided in 17 U.S.C. § 106.

39.   Defendants JOHN LUCE, WILLIAM WILLIAMS, JR., ANGIE COMPTON, LAWRENCE CUBITT, KENNETH J. MOFFITT, and SCOTT BRALEY, and John Does 1-10 (those working in concert with Mr. Luce and others, and not yet identified) are liable for FAA's infringement because they have the right and ability to control FAA's infringement and have a financial interest in the infringement.

40.   Defendants' infringement of AIS's copyright was willful in that the defendants were aware of AIS's copyright in the PROGRAM, were aware that they were obligated to receive authorization from AIS to reproduce and distribute copies of the PROGRAM, and proceeded to reproduce and sell copies of the PROGRAM without authorization and without paying for the same notwithstanding such knowledge.

41.   As a result of the foregoing, AIS has been damaged and suffered immediate, proximate, and irreparable harm in stolen sales, customer good will, and other damages.

WHEREFORE Plaintiff Auto Inspection Services, Inc. demands judgment against Defendants FLINT AUTO AUCTION, INVISO, PRIORITY INSPECTION, JOHN LUCE, WILLIAM WILLIAMS, JR., ANGIE COMPTON, LAWRENCE CUBITT, KENNETH J. MOFFITT, and SCOTT BRALEY, and John Does 1-10, jointly and severally, or in the alternative:

12

(1) for a preliminary and permanent injunction restraining Defendants from further infringement of AIS's copyrights, and for an order of expedited discovery to prevent concealment of relevant evidence;

(2) for an order impounding and destroying all unauthorized copies which are in the possession of any one defendant;

(3) for actual damages in accordance with 17 U.S.C. § 504(b);

(4) for statutory damages in accordance with 17 U.S.C. § 504(c);

(5) for costs of suit, including reasonable attorney's fees in accordance with 17 U.S.C. § 505;

and

(6) for such other relief as the Court may deem just.

## COUNT THREE

### (Copyright Infringement – Creation of Unauthorized Derivative Works)

42.     AIS incorporates paragraphs 1-41 by reference as if fully set forth herein.

43.     Upon information and belief, FAA's use of the circumvention device  in conjunction with the PROGRAM modifies the coding of the PROGRAM and, thus, creates a "derivative work" as that term is defined in 17 U.S.C. § 101 in that it creates a new work based upon AIS's existing PROGRAM or software.

44.     Upon information and belief, FAA's derivative PROGRAM software was created without AIS's authorization and contrary to AIS's exclusive rights to the PROGRAM as provided in 17 U.S.C. § 106.

13

45.   Defendants JOHN LUCE, WILLIAM WILLIAMS, JR., ANGIE COMPTON, LAWRENCE CUBITT, KENNETH J. MOFFITT, and SCOTT BRALEY, and John Does 1-10 are liable for FAA's infringement because they have the right and ability to control FAA's infringement and have a financial interest in the infringement.

46.   Defendants' infringement of AIS's copyrights was willful in that the defendants were aware of AIS's copyrights in the PROGRAM, were aware that they were obligated to receive authorization from AIS to reproduce and distribute copies of the PROGRAM, and proceeded to reproduce and sell copies of the PROGRAM without authorization and without paying for the same notwithstanding such knowledge.

47.   As a result of the foregoing, AIS has been damaged and has suffered immediate, proximate, and irreparable harm in stolen sales, customer good will, and other damages.

WHEREFORE Plaintiff Auto Inspection Services, Inc. demands judgment against Defendants FLINT AUTO AUCTION, INVISO, PRIORITY INSPECTION, JOHN LUCE, WILLIAM WILLIAMS, JR., ANGIE COMPTON, LAWRENCE CUBITT, KENNETH J. MOFFITT, and SCOTT BRALEY, and John Does 1-10, jointly and severally, or in the alternative:

14

(1) for a preliminary and permanent injunction restraining Defendants from further infringement of AIS's copyrights and for an order of expedited discovery to prevent concealment of relevant evidence;

(2) for an order impounding and destroying all unauthorized copies which are in the possession of any one defendant;

(3) for actual damages in accordance with 17 U.S.C. § 504(b);

(4) for statutory damages in accordance with 17 U.S.C. § 504(c);

(5) for costs of suit, including reasonable attorney's fees in accordance with 17 U.S.C. § 505;

and

(6) for such other relief as the Court may deem just.

## COUNT FOUR

### (Breach of Contract)

48.  AIS incorporates paragraphs 1-47 by reference as if fully set forth herein.

49.  Pursuant to the terms of the License, FAA agreed to license the PROGRAM for its sole use only, and to ensure that the PROGRAM was not licensed, sold, disclosed or otherwise distributed.

50.  Upon information and belief, FAA breached the License by transferring or licensing the PROGRAM to CFAA.

51.  Pursuant to the terms of the License, FAA agreed to return all copies of the PROGRAM to AIS upon termination of the License agreement, and, to prevent any unauthorized copies or derivatives from being made, assigned,

used, printed, copied, translated, reverse engineered, de-compiled, disassembled, modified to create a derivative work, or publicly displaying the PROGRAM, in whole or in part, unless otherwise offered in the License.

52.     Upon information and belief, FAA breached the License by not returning all copies and by making unauthorized copies or derivatives for use after termination of the License, by transferring or assigning at least one copy to CFAA, and by publicly displaying the PROGRAM to representatives of CFAA, in whole or in part.

53.     As a result of the foregoing, AIS has been damaged and suffered immediate, proximate, and irreparable harm in stolen sales, customer good will, and other damages.

54.     WHEREFORE, Plaintiff Auto Inspection Services, Inc. demands judgment against the Defendant FAA for damages, for reasonable attorney fees, for costs of suit, and for such other relief as the Court may deem just.

**COUNT FIVE**

**(Unjust Enrichment)**

55.     AIS incorporates the paragraphs 1-54 by reference as if fully set forth herein.

56.     As per the License, FAA agreed to inspect vehicles using the PROGRAM and to pay a royalty of $3.00 for each car inspected using any part of the PROGRAM. FAA now also enjoys an additional fee for each vehicle

16

assessed for quality assurance that upon information and belief totals at least $7.00 per vehicle inspected.

57.     Upon information and belief, FAA upon termination of the License and in violation of the License, continued to use the PROGRAM or portions thereof to inspect cars without paying any royalty to AIS.

58.     As a result of the foregoing, FAA has been unjustly enriched at AIS' expense.

WHEREFORE, Plaintiff AIS demands judgment against Defendant FAA for restitution, for costs of suit, and for such other relief as the Court may deem just.

## COUNT SIX

### (Misappropriation of Trade Secrets/Unfair Competition)

59.     AIS incorporates the paragraphs 1-58 by reference as if fully set forth herein.

60.     As is set forth above, and pursuant to the License Agreement, AIS developed a proprietary hardened input device and related documentation for implementation of the PROGRAM by FAA.

61.     In contravention of Article II B. of the License Agreement, and at the termination of the License Agreement, FAA maintained a copy of the proprietary hardened input device and related documentation to assist in the pirating and unauthorized use of derivatives and copies of the PROGRAM.  By disclosing the proprietary hardened input device and related documentation to Columbus Fair Auto Auction, and other

17

unknown users of the AIS PROGRAM, FAA unfairly competed with AIS by stealing and misappropriating its trade secrets in contravention of the License Agreement and in contravention of Michigan Law.

62.     As a result of the foregoing, AIS has been damaged and suffered immediate, proximate, and irreparable harm in stolen sales, customer good will, and other damages.

WHEREFORE, Plaintiff Auto Inspection Services, Inc. demands judgment against FAA for damages, for reasonable attorney fees, for costs of suit, and for such other relief as the Court may deem just.

## COUNT SEVEN

### (fraud)

63.     AIS incorporates the paragraphs 1-62 by reference as if fully set forth herein.

64.     As is set forth above, the PROGRAM is equipped with a user detection device via the quality assurance hub and the associated inspection data transmission.

65.     Upon information and belief, at customers whose identities are presently unknown, FAA and employees of FAA modified the user detection feature of the PROGRAM thereby facilitating the use of the PROGRAM by FAA and customers of FAA, and without the customer's knowledge that the PROGRAM copies/derivatives transferred were unauthorized copies or derivative works of the PROGRAM.

18

66.   In addition, and upon further information and belief, FAA and its employees concealed from AIS that FAA had installed or assisted in the installation of copies or derivative works of the PROGRAM on the computers of the customers in violation of the License agreement. FAA was aware that AIS did not know it had developed a modified version of the PROGRAM that altered the user detection feature.

67.   Upon termination of the License, FAA represented to AIS that all copies or derivatives had been returned, and therefore no further royalties would accrue because the PROGRAM or derivatives thereof were not being employed by FAA.

68.   Upon information and belief, at the time these representations were made to AIS, FAA, INVISO, PRIORITY INSPECTION, JOHN LUCE, WILLIAM WILLIAMS, JR., ANGIE COMPTON, LAWRENCE CUBITT, KENNETH J. MOFFITT, and SCOTT BRALEY, and John Does 1-10 knew the representations to be false and intended that AIS rely upon these false representations. AIS reasonably relied on these representations that no further copies or derivatives existed.

69.   AIS reasonably relied on defendant's representations that all copies or derivatives of the PROGRAM had been returned or destroyed and that no other copies were installed on computers owned by the customers of FAA.

70.   As a result of AIS' reliance on these false and fraudulent representations and concealment of the installations, AIS has been damaged.

71.   The fraudulent representations and concealments of Defendants FAA, INVISO, PRIORITY INSPECTION, JOHN LUCE, WILLIAM WILLIAMS, JR., ANGIE COMPTON, LAWRENCE CUBITT, KENNETH J. MOFFITT, and SCOTT BRALEY, and John Docs' 1-10 were made willfully and maliciously, for the sole purpose of harming AIS and enriching themselves at AIS' expense.

72.   As a result of the foregoing, AIS has been damaged and suffered immediate, proximate, and irreparable harm in stolen sales, customer good will, and other damages.

**PRAYER FOR RELIEF**

WHEREFORE Plaintiff Auto inspection services, Inc. demands judgment against Defendants FLINT AUTO AUCTION, INVISO, PRIORITY INSPECTION, JOHN LUCE, WILLIAM WILLIAMS, JR., ANGIE COMPTON, LAWRENCE CUBITT, KENNETH J. MOFFITT, and SCOTT BRALEY, and John Does 1-10, jointly and severally, for compensatory damages, for punitive damages, for costs of suit, and for such other relief as the Court may deem just.

## JURY DEMAND

Plaintiff AIS hereby requests a trail by jury on all issues so triable.

L.C. BEGIN & ASSOCIATES, PLLC
Attorneys for Plaintiff

Laurence C. Begin (P55058)
D. Keith Scheer (P69584)
510 Highland Ave.
PMB 403
Milford, MI 48381

## VERIFICATION

ROBERT TRICKEY hereby certifies under penalty of perjury as follows:

1.    I am the President and Chief Executive Office of Plaintiff Auto Inspection Services, Inc. (AIS). I am fully familiar with the facts contained herein based upon my personal knowledge and upon the books and records kept in the ordinary course of AIS' business.

2.    I have read the allegations contained in the foregoing Verified Complaint. The allegations set forth therein are true, except for those allegations which are set forth upon information and belief, in which case I believe them to be true.

I hereby declare under penalty of perjury that the foregoing is true and correct.

_____
ROBERT TRICKEY

22

# EXHIBIT A



LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached photocopy is a true
representation of the work entitled **UPSTREAM DIRECT
SOFTWARE FOR SERVER** deposited in the Copyright Office
with claim of copyright registered under number **TXu 1-163-844.**

**IN WITNESS WHEREOF** the seal of the Copyright Office has
hereto been affixed on October 23, 2006.

Marybeth Peters
Register of Copyrights

By:   Tracie M. Coleman
      Head
      Certifications and Documents Section
      Information and Reference Division

Use of this material is governed by the U.S. copyright law 17
U.S.C. 101 et seq.

```
IF EXISTS (SELECT name FROM master.dbo.sysdatabases WHERE name =
N'aisinspect')
        DROP DATABASE [aisinspect]
GO

CREATE DATABASE [aisinspect]  ON (NAME = N'aisinspect_Data', FILENAME =
N'D:\MSSQL\data\aisinspect_Data.MDF' , SIZE = 754, FILEGROWTH = 10%) LOG
ON (NAME = N'aisinspect_Log', FILENAME = N'D:\MSSQL\data
\aisinspect_Log.LDF' , SIZE = 2, FILEGROWTH = 10%)
 COLLATE SQL_Latin1_General_CP1_CI_AS
GO

exec sp_dboption N'aisinspect', N'autoclose', N'true'
GO

exec sp_dboption N'aisinspect', N'bulkcopy', N'false'
GO

exec sp_dboption N'aisinspect', N'trunc. log', N'false
GO

exec sp_dboption N'aisinspect', N'torn page detection', N'true'
GO

exec sp_dboption N'aisinspect', N'read only', N'false'
GO

exec sp_dboption N'aisinspect', N'dbo use', N'false'
GO

exec sp_dboption N'aisinspect', N'single', N'false'
GO

exec sp_dboption N'aisinspect', N'autoshrink', N'true'
GO

exec sp_dboption N'aisinspect', N'ANSI null default', N'false'
GO

exec sp_dboption N'aisinspect', N'recursive triggers', N'false'
GO

exec sp_dboption N'aisinspect', N'ANSI nulls', N'false'
GO

exec sp_dboption N'aisinspect', N'concat null yields null', N'false'
GO

exec sp_dboption N'aisinspect', N'cursor close on commit', N'false'
GO

exec sp_dboption N'aisinspect', N'default to local cursor', N'false'
GO

exec sp_dboption N'aisinspect', N'quoted identifier', N'true'
GO

exec sp_dboption N'aisinspect', N'ANSI warnings', N'false'
GO

exec sp_dboption N'aisinspect', N'auto create statistics', N'true'
```

1st fun pages

LIBRARY OF CONGRESS
MAR 1 6 2004
COPYRIGHT OFFICE

TXu1-163-844

```
GO

exec sp_dboption N'aisinspect', N'auto update statistics', N'true'
GO

if( ( (@@microsoftversion / power(2, 24) = 8) and (@@microsoftversion &
0xffff >= 724) ) or ( (@@microsoftversion / power(2, 24) = 7) and
(@@microsoftversion & 0xffff >= 1082) ) )
       exec sp_dboption N'aisinspect', N'db chaining', N'false'
GO

use [aisinspect]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[Delete_InspectionUpdateTotals]') and OBJECTPROPERTY(id, N'IsTrigger') =
1)
drop trigger [dbo].[Delete_InspectionUpdateTotals]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[Insert_InspectionUpdateTotals]') and OBJECTPROPERTY(id, N'IsTrigger') =
1)
drop trigger [dbo].[Insert_InspectionUpdateTotals]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[Update_InspectionUpdateTotals]') and OBJECTPROPERTY(id, N'IsTrigger') =
1)
drop trigger [dbo].[Update_InspectionUpdateTotals]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[Insert_AccountNumber]') and OBJECTPROPERTY(id, N'IsTrigger') = 1)
drop trigger [dbo].[Insert_AccountNumber]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[Update_AccountNumber]') and OBJECTPROPERTY(id, N'IsTrigger') = 1)
drop trigger [dbo].[Update_AccountNumber]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[fcn_convertDateFromISO8061]') and xtype in (N'FN', N'IF', N'TF'))
drop function [dbo].[fcn_convertDateFromISO8061]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[fcn_convertDateTimeToISO8061]') and xtype in (N'FN', N'IF', N'TF'))
drop function [dbo].[fcn_convertDateTimeToISO8061]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[fcn_convertDateToISO8061]') and xtype in (N'FN', N'IF', N'TF'))
drop function [dbo].[fcn_convertDateToISO8061]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[fcn_getColorID]') and xtype in (N'FN', N'IF', N'TF'))
drop function [dbo].[fcn_getColorID]
GO
```

```
if exists (select * from dbo.sysobjects where id = object_id
(N'[aisinspe].[sp_getassignsum]') and OBJECTPROPERTY(id, N'IsProcedure')
= 1)
drop procedure [aisinspe].[sp_getassignsum]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_AssignAllNewInspections]') and OBJECTPROPERTY(id, N'IsProcedure') =
1)
drop procedure [dbo].[usp_AssignAllNewInspections]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_AssignInspection]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_AssignInspection]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_AttachPic]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_AttachPic]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_CancelRequest]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_CancelRequest]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_DeleteAccessories]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_DeleteAccessories]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_DeleteAllRequests]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_DeleteAllRequests]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_DeleteException]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_DeleteException]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_DeleteImage]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_DeleteImage]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_GetAgentInsp]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_GetAgentInsp]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_GetAllAccessories]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_GetAllAccessories]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_GetAllExceptions]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_GetAllExceptions]
```

```
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_GetAllPics]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_GetAllPics]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_GetAssignmentDownload]') and OBJECTPROPERTY(id, N'IsProcedure') =
1)
drop procedure [dbo].[usp_GetAssignmentDownload]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_GetColor]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_GetColor]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_GetDateForArchive]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_GetDateForArchive]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_GetDayRoute]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_GetDayRoute]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_GetDayRoutes]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_GetDayRoutes]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_GetDealership]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_GetDealership]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_GetDealershipID]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_GetDealershipID]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_GetException]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_GetException]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_GetIDByID]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_GetIDByID]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_GetIDByVIN]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_GetIDByVIN]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_GetImage]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_GetImage]
```

```
       GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_GetInspDate]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_GetInspDate]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_GetInspectionDetails]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_GetInspectionDetails]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_GetInspectionDetailsWithJoins]') and OBJECTPROPERTY(id,
N'IsProcedure') = 1)
drop procedure [dbo].[usp_GetInspectionDetailsWithJoins]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_GetInspectionReports]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_GetInspectionReports]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_GetInspectionsForUpload]') and OBJECTPROPERTY(id, N'IsProcedure') =
1)
drop procedure [dbo].[usp_GetInspectionsForUpload]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_GetInspector]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_GetInspector]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_GetInterior]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_GetInterior]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_GetListAccessories]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_GetListAccessories]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_GetMake]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_GetMake]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_GetManufacturer]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_GetManufacturer]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_GetModel]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_GetModel]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_GetPlateInfo]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
```

```
drop procedure [dbo].[usp_GetPlateInfo]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_GetReport]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_GetReport]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_GetReportAccessories]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_GetReportAccessories]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_GetReportExceptions]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_GetReportExceptions]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_GetRequestDetails]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_GetRequestDetails]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_GetRequestStatus]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_GetRequestStatus]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_GetRequests]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_GetRequests]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_GetSize]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_GetSize]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_GetSubmodel]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_GetSubmodel]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_GetTransitReport]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_GetTransitReport]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_GetTread]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_GetTread]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_GetUser]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_GetUser]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_GetVIN]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_GetVIN]
```

```
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_GetYearMakeModel]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_GetYearMakeModel]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_InsertAccessory]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_InsertAccessory]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_InsertColor]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_InsertColor]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_InsertDayRoute]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_InsertDayRoute]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_InsertDealership]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_InsertDealership]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_InsertException]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_InsertException]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_InsertInspection]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_InsertInspection]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_InsertInspectionRequest]') and OBJECTPROPERTY(id, N'IsProcedure') =
1)
drop procedure [dbo].[usp_InsertInspectionRequest]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_InsertInspector]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_InsertInspector]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_InsertInterior]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_InsertInterior]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_InsertMake]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_InsertMake]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_InsertManufacturer]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_InsertManufacturer]
```

```
      GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_InsertModel]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_InsertModel]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_InsertSize]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_InsertSize]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_InsertSubmodel]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_InsertSubmodel]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_InsertTread]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_InsertTread]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_InsertUser]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_InsertUser]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_ListActiveDealerships]') and OBJECTPROPERTY(id, N'IsProcedure') =
1)
drop procedure [dbo].[usp_ListActiveDealerships]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_ListAllDealerships]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_ListAllDealerships]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_ListAssignedForAgent]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_ListAssignedForAgent]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_ListAssignedInspections]') and OBJECTPROPERTY(id, N'IsProcedure') =
1)
drop procedure [dbo].[usp_ListAssignedInspections]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_ListBodyItems]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_ListBodyItems]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_ListClients]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_ListClients]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_ListColors]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
```

```
drop procedure [dbo].[usp_ListColors]
GO


if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_ListCompletedReports]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_ListCompletedReports]
GO


if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_ListDamagedReports]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_ListDamagedReports]
GO


if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_ListDealerships]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_ListDealerships]
GO


if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_ListDistinctDealerships]') and OBJECTPROPERTY(id, N'IsProcedure') =
1)
drop procedure [dbo].[usp_ListDistinctDealerships]
GO


if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_ListExceptionCodes]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_ListExceptionCodes]
GO


if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_ListIDByDate]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_ListIDByDate]
GO


if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_ListIDByVIN]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_ListIDByVIN]
GO


if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_ListInspectors]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_ListInspectors]
GO


if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_ListInteriorTypes]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_ListInteriorTypes]
GO


if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_ListMakes]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_ListMakes]
GO


if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_ListMissingTransitFiles]') and OBJECTPROPERTY(id, N'IsProcedure') =
1)
drop procedure [dbo].[usp_ListMissingTransitFiles]
GO


if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
```

```
[usp_ListModels]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_ListModels]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_ListNewInspections]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_ListNewInspections]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_ListOutstandingRequests]') and OBJECTPROPERTY(id, N'IsProcedure') =
1)
drop procedure [dbo].[usp_ListOutstandingRequests]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_ListPicturesForAgent]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_ListPicturesForAgent]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_ListPicturesReports]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_ListPicturesReports]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_ListRejectedReports]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_ListRejectedReports]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_ListRescheduledRequests]') and OBJECTPROPERTY(id, N'IsProcedure') =
1)
drop procedure [dbo].[usp_ListRescheduledRequests]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_ListStatus]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_ListStatus]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_ListSubModels]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_ListSubModels]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_ListTireMfgs]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_ListTireMfgs]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_ListTireSizes]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_ListTireSizes]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_ListTireTreads]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_ListTireTreads]
GO
```

*last ten*

*pages*

```
                ReturnDate = @ReturnDate,
                IssuingFSO = @IssuingFSO,
                OwningFSO = @OwningFSO,
                VehicleDescription = @VehicleDescription,
                GMACStatusID = 'Approved'
        WHERE (VIN = @VIN)
                AND (GMACStatusID = 'Accepted')
                AND (InsepctionDate >= DATEADD(dd, - 5, GETDATE()))
END
/* Somehow we missed this one -- add it again
ELSE IF NOT EXISTS (SELECT ID
                FROM Inspections
                WHERE VIN = @VIN
                    AND DateRecvd = @RequestCreationDate)
BEGIN
        EXEC usp_GetYearMakeModel @VehicleDescription, @YearID OUTPUT,
@MakeID OUTPUT, @ModelID OUTPUT
        EXEC usp_GetPlateInfo @License, @Plate OUTPUT, @PlateState OUTPUT
        EXEC @DealershipID = usp_GetDealershipID @DealerNumber,
@DealerName, @DealerAddress, @DealerAddress2, @DealerPhone, @DealerCity,
@DealerState, @DealerZip

            INSERT INTO dbo.Inspections
                    (VIN, GMACAccount, Odometer, CustomerName,
CoBuyerName,
                    Plate, PlateState, ReturnDate, Ext_ColorID, YearID,
MakeID, ModelID, DealershipID, DateRecvd,
                    VehicleDescription, GMACStatusID, IssuingFSO,
OwningFSO, Comments, ClientID)
            VALUES
                    (@VIN, @Account, @Miles, @Customer, @CoBuyer,
                    @Plate, @PlateState, @ReturnDate, @Ext_ColorID,
@YearID, @MakeID, @ModelID, @DealershipID, @RequestCreationDate,
                    @VehicleDescription, 'New', @IssuingFSO, @OwningFSO,
@Comments, @ClientID)

        EXEC dbo.usp_AssignInspection @@IDENTITY
END
*/


IF (EXISTS(SELECT ID
        FROM dbo.Inspections
        WHERE (GMACStatusID = '5' OR GMACStatusID = '9')
                AND (VIN = @VIN)
                AND (DateRecvd = @RequestCreationDate)))
BEGIN
        SELECT @Comments = Comments,
                @InspectionDate = InsepctionDate,
                @AssignmentDate = AssignmentDate,
                @RequestStatus = GMACStatusID
        FROM dbo.Inspections
        WHERE (GMACStatusID = '5' OR GMACStatusID = '9')
                AND (VIN = @VIN)
                AND (DateRecvd = @RequestCreationDate)

        INSERT INTO dbo.Requests
                (VIN, Account, Miles, Customer, CoBuyer, License,
ReturnDate, Color, DealerNumber,
                DealerName, DealerAddress, DealerAddress2, DealerPhone,
DealerCity, DealerState, DealerZip,
                RequestCreationDate, VehicleDescription, RequestStatus,
```

```
IssuingFSO, OwningFSO, Comments, InspectionDate, AssignmentDate)
        VALUES
                (@VIN, @Account, @Miles, @Customer, @CoBuyer, @License,
@ReturnDate, @Color, @DealerNumber,
                @DealerName, @DealerAddress, @DealerAddress2, @DealerPhone,
@DealerCity, @DealerState, @DealerZip,
                @RequestCreationDate, @VehicleDescription, @RequestStatus,
@IssuingFSO, @OwningFSO, @Comments, @InspectionDate, @AssignmentDate)
END
GO
SET QUOTED_IDENTIFIER OFF
GO
SET ANSI_NULLS ON
GO


GRANT   EXECUTE   ON [dbo].[usp_XML_AssignedRequest]  TO [AutoProcess]
GO


SET QUOTED_IDENTIFIER OFF
GO
SET ANSI_NULLS OFF
GO


CREATE PROCEDURE [dbo].[usp_XML_CancelRequest]
        @strXML ntext
AS
SET NOCOUNT ON
DECLARE @i int
DECLARE @vin nvarchar(17)
DECLARE @RequestCreationDate datetime
DECLARE @RequestStatus nvarchar(20)
EXEC sp_xml_preparedocument @i OUTPUT, @strXML
SELECT @vin = VIN,
        @RequestCreationDate = dbo.fcn_convertDateFromISO8061
(RequestCreationDate),
        @RequestStatus = RequestStatus
FROM OpenXML(@i,'InspectionRequest')
WITH (VIN nvarchar(17),
        Account nvarchar(12),
        RequestCreationDate varchar(20),
        RequestStatus nvarchar(20))
IF NOT EXISTS (SELECT ID FROM Inspections WHERE VIN = @vin AND DateRecvd
= @RequestCreationDate AND @RequestStatus = GMACStatusID)
        BEGIN
                IF EXISTS (SELECT ID FROM Inspections WHERE VIN = @vin AND
DateRecvd = @RequestCreationDate  AND (GMACStatusID = 'New' OR
GMACStatusID = 'Assigned'))
                        BEGIN
                                UPDATE Inspections
                                SET   GMACStatusID = @RequestStatus,
                                        Comments = 'Assignment cancelled by GMAC
via inspection request file'
                                WHERE VIN = @vin
                                        AND DateRecvd = @RequestCreationDate
                                        AND  (GMACStatusID = 'New' OR GMACStatusID
= 'Assigned')
                        END
        END
EXEC sp_xml_removedocument @i
```

```
GO
SET QUOTED_IDENTIFIER OFF
GO
SET ANSI_NULLS ON
GO

GRANT  EXECUTE  ON [dbo].[usp_XML_CancelRequest]  TO [AutoProcess]
GO

SET QUOTED_IDENTIFIER OFF
GO
SET ANSI_NULLS OFF
GO


CREATE PROCEDURE [dbo].[usp_XML_NewRequest]
        @strXML ntext
AS
SET NOCOUNT ON
DECLARE @iDoc int
DECLARE @VIN nvarchar(17)
DECLARE @Account nvarchar(14)
DECLARE @Miles nvarchar(6)
DECLARE @Customer nvarchar(50)
DECLARE @CoBuyer nvarchar(50)
DECLARE @License nvarchar(20)
DECLARE @ReturnDate varchar(25)
DECLARE @Color nvarchar(20)
DECLARE @DealerNumber nvarchar(20)
DECLARE @DealerName nvarchar(100)
DECLARE @DealerAddress nvarchar(100)
DECLARE @DealerAddress2 nvarchar(100)
DECLARE @DealerPhone nvarchar(20)
DECLARE @DealerCity nvarchar(50)
DECLARE @DealerState nvarchar(2)
DECLARE @DealerZip nvarchar(5)
DECLARE @RequestCreationDate varchar(25)
DECLARE @VehicleDescription nvarchar(100)
DECLARE @RequestStatus nvarchar(20)
DECLARE @IssuingFSO varchar(10)
DECLARE @OwningFSO varchar(10)
DECLARE @Comments varchar(100)
DECLARE @InspectionDate datetime
DECLARE @AssignmentDate smalldatetime
DECLARE @Ext_ColorID int
DECLARE @YearID int
DECLARE @MakeID int
DECLARE @ModelID int
DECLARE @DealershipID int
DECLARE @Plate nvarchar(20)
DECLARE @PlateState char(2)
DECLARE @ClientID int
DECLARE @ID int
SET @ClientID = 2
EXEC sp_xml_preparedocument @iDoc OUTPUT, @strXML
SELECT @VIN = VIN,
        @Account = Account,
        @Miles = Miles,
        @Customer = Customer,
        @CoBuyer = CoBuyer,
```

```
        @License = License,
        @ReturnDate = dbo.fcn_convertDateFromISO8061(ReturnDate),
        @Color = dbo.fcn_getColorID(Color),
        @DealerNumber = DealerNumber,
        @DealerName = DealerName,
        @DealerAddress = DealerAddress,
        @DealerAddress2 = DealerAddress2,
        @DealerPhone = DealerPhone,
        @DealerCity = DealerCity,
        @DealerState = DealerState,
        @DealerZip = DealerZip,
        @RequestCreationDate = dbo.fcn_convertDateFromISO8061
(RequestCreationDate),
        @VehicleDescription = VehicleDescription,
        @RequestStatus = RequestStatus,
        @IssuingFSO = IssuingFSO,
        @OwningFSO = OwningFSO,
        @Comments = Comments
FROM OPENXML (@idoc, '//InspectionRequest',2)
WITH (      VIN nvarchar(17),
        Account nvarchar(14),
        Miles nvarchar(6),
        Customer nvarchar(50),
        CoBuyer nvarchar(50),
        License nvarchar(20),
        ReturnDate varchar(25),
        Color nvarchar(20),
        DealerNumber nvarchar(20),
        DealerName nvarchar(100),
        DealerAddress nvarchar(100),
        DealerAddress2 nvarchar(100),
        DealerPhone nvarchar(20),
        DealerCity nvarchar(50),
        DealerState nvarchar(2),
        DealerZip nvarchar(5),
        RequestCreationDate varchar(25),
        VehicleDescription nvarchar(100),
        RequestStatus nvarchar(20),
        IssuingFSO varchar(10),
        OwningFSO varchar(10),
        Comments varchar(100))
EXEC sp_xml_removedocument @iDoc
IF EXISTS(SELECT ID
        FROM dbo.Inspections
        WHERE (VIN = @VIN)
            AND (GMACStatusID = 'Pictures' OR GMACStatusID = 'Damaged'
OR GMACStatusID = 'Completed' OR GMACStatusID = 'Approved' OR
GMACStatusID = 'Reschedule' OR GMACStatusID = 'New' OR GMACStatusID =
'Assigned'))
BEGIN
        UPDATE dbo.Inspections
        SET DateRecvd = @RequestCreationDate,
            GMACAccount = @Account,
            CustomerName = @Customer,
            CoBuyerName = @CoBuyer,
            ReturnDate = @ReturnDate,
            IssuingFSO = @IssuingFSO,
            OwningFSO = @OwningFSO,
            VehicleDescription = @VehicleDescription
        WHERE (VIN = @VIN)
            AND (GMACStatusID = 'Pictures' OR GMACStatusID = 'Damaged'
```

```
OR GMACStatusID = 'Completed' OR GMACStatusID = 'Approved' OR
GMACStatusID = 'Reschedule' OR GMACStatusID = 'New' OR GMACStatusID =
'Assigned')
END
ELSE IF EXISTS(SELECT ID
            FROM dbo.Inspections
            WHERE (VIN = @VIN)
                AND (GMACStatusID = 'Accepted')
                AND (InsepctionDate >= DATEADD(hh, - 24, GETDATE())))
BEGIN
        /* Send back the inspection */
        UPDATE dbo.Inspections
        SET DateRecvd = @RequestCreationDate,
            GMACAccount = @Account,
            CustomerName = @Customer,
            CoBuyerName = @CoBuyer,
            ReturnDate = @ReturnDate,
            IssuingFSO = @IssuingFSO,
            OwningFSO = @OwningFSO,
            VehicleDescription = @VehicleDescription,
            GMACStatusID = 'Approved'
        WHERE (VIN = @VIN)
            AND (GMACStatusID =  'Accepted')
            AND (InsepctionDate >= DATEADD(hh, - 24, GETDATE()))
END
ELSE
BEGIN
        EXEC usp_GetYearMakeModel @VehicleDescription, @YearID OUTPUT,
@MakeID OUTPUT, @ModelID OUTPUT
        EXEC usp_GetPlateInfo @License, @Plate OUTPUT, @PlateState OUTPUT
        EXEC @DealershipID = usp_GetDealershipID @DealerNumber,
@DealerName, @DealerAddress, @DealerAddress2, @DealerPhone, @DealerCity,
@DealerState, @DealerZip
        /* Insert the record */
        INSERT INTO dbo.Inspections
            (VIN, GMACAccount, Odometer, CustomerName, CoBuyerName,
            Plate, PlateState, ReturnDate, Ext_ColorID, YearID, MakeID,
ModelID, DealershipID, DateRecvd,
            VehicleDescription, GMACStatusID,  IssuingFSO, OwningFSO,
Comments, ClientID)
        VALUES
            (@VIN, @Account, @Miles, @Customer, @CoBuyer,
            @Plate, @PlateState, @ReturnDate, @Ext_ColorID, @YearID,
@MakeID, @ModelID, @DealershipID, @RequestCreationDate,
            @VehicleDescription, 'New', @IssuingFSO, @OwningFSO,
@Comments, @ClientID)
        /* Attempt to assign inspection */
        EXEC dbo.usp_AssignInspection @@IDENTITY
END
IF EXISTS(SELECT ID
        FROM dbo.Inspections
        WHERE (VIN = @VIN)
            AND (DateRecvd = @RequestCreationDate)
            AND (GMACStatusID <> 'New'))
BEGIN
        SELECT @Comments = Comments,
            @InspectionDate = InsepctionDate,
            @AssignmentDate = AssignmentDate,
            @RequestStatus = GMACStatusID
        FROM dbo.Inspections
        WHERE (VIN = @VIN)
```

```
                    AND (DateRecvd = @RequestCreationDate)
                    AND (GMACStatusID <> 'New')
        IF @RequestStatus <> '5' AND @RequestStatus <> '9'
                    SET @RequestStatus = 'Assigned'
        INSERT INTO dbo.Requests
                    (VIN, Account, Miles, Customer, CoBuyer, License,
ReturnDate, Color, DealerNumber,
                    DealerName, DealerAddress, DealerAddress2, DealerPhone,
DealerCity, DealerState, DealerZip,
                    RequestCreationDate, VehicleDescription, RequestStatus,
IssuingFSO, OwningFSO, Comments, InspectionDate, AssignmentDate)
        VALUES
                    (@VIN, @Account, @Miles, @Customer, @CoBuyer, @License,
@ReturnDate, @Color, @DealerNumber,
                    @DealerName, @DealerAddress, @DealerAddress2, @DealerPhone,
@DealerCity, @DealerState, @DealerZip,
                    @RequestCreationDate, @VehicleDescription, @RequestStatus,
@IssuingFSO, @OwningFSO, @Comments, @InspectionDate, @AssignmentDate)
END
GO
SET QUOTED_IDENTIFIER OFF
GO
SET ANSI_NULLS ON
GO


GRANT  EXECUTE  ON [dbo].[usp_XML_NewRequest]  TO [AutoProcess]
GO


SET QUOTED_IDENTIFIER ON
GO
SET ANSI_NULLS OFF
GO




CREATE PROCEDURE dbo.usp_rptAddToInspectionReportLog
(
   @SendDate VARCHAR(100),
   @TotalRpts INT,
   @RptFileName VARCHAR(200)
)
AS
DECLARE @ReportID INT
SET @SendDate = dbo.fcn_convertDateFromISO8061(@SendDate)
INSERT INTO
   GmacReport
      (SendDate, TotalRpts, RptFileName)
VALUES
      (@SendDate, @TotalRpts, @RptFileName)
SELECT @ReportID = @@IDENTITY
INSERT INTO
   GmacReport_Inspection
      (ReportID, InspectionID)
SELECT
   @ReportID, dbo.Inspections.[ID]
FROM
   dbo.Inspections, dbo.Dealerships, dbo.Inspectors
WHERE
   dbo.Inspectors.AgentID = dbo.Inspections.AgentID AND
   dbo.Inspections.DealershipID = dbo.Dealerships.DealershipID AND
```

```
      dbo.Inspections.GmacStatusID = 'Uploading'
UPDATE
   dbo.Inspections
SET
     dbo.Inspections.GmacStatusID = 'Uploaded'
FROM
   dbo.Inspections, dbo.Dealerships, dbo.Inspectors
WHERE
   dbo.Inspectors.AgentID = dbo.Inspections.AgentID AND
   dbo.Inspections.DealershipID = dbo.Dealerships.DealershipID AND
   dbo.Inspections.GmacStatusID = 'Uploading'



GO
SET QUOTED_IDENTIFIER OFF
GO
SET ANSI_NULLS ON
GO

GRANT  EXECUTE  ON [dbo].[usp_rptAddToInspectionReportLog]  TO
[aisinspe]
GO

SET QUOTED_IDENTIFIER ON
GO
SET ANSI_NULLS OFF
GO



CREATE PROCEDURE dbo.usp_rptUpdateReportsUploading
AS
UPDATE
   dbo.Inspections
SET
     dbo.Inspections.GmacStatusID = 'Uploading'
FROM
   dbo.Inspections, dbo.Dealerships, dbo.Inspectors
WHERE
   dbo.Inspectors.AgentID = dbo.Inspections.AgentID AND
   dbo.Inspections.DealershipID = dbo.Dealerships.DealershipID AND
   dbo.Inspections.GmacStatusID = 'Approved'



GO
SET QUOTED_IDENTIFIER OFF
GO
SET ANSI_NULLS ON
GO

GRANT  EXECUTE  ON [dbo].[usp_rptUpdateReportsUploading]  TO [aisinspe]
GO

SET QUOTED_IDENTIFIER ON
GO
SET ANSI_NULLS ON
```

```
GO

CREATE TRIGGER [Delete_InspectionUpdateTotals] ON [dbo].[GmacExceptions]
FOR DELETE
AS


DECLARE @InspectionID int

SELECT @InspectionID = del.InspectionID
FROM deleted del

EXEC usp_UpdateWearAndTear @InspectionID
EXEC usp_UpdateConditionGrade @InspectionID



GO
SET QUOTED_IDENTIFIER OFF
GO
SET ANSI_NULLS ON
GO

SET QUOTED_IDENTIFIER ON
GO
SET ANSI_NULLS ON
GO

CREATE TRIGGER [Insert_InspectionUpdateTotals] ON [dbo].[GmacExceptions]
FOR INSERT
AS


DECLARE @InspectionID int

SELECT @InspectionID = ins.InspectionID
FROM inserted ins

EXEC usp_UpdateWearAndTear @InspectionID
EXEC usp_UpdateConditionGrade @InspectionID




GO
SET QUOTED_IDENTIFIER OFF
GO
SET ANSI_NULLS ON
GO

SET QUOTED_IDENTIFIER ON
GO
SET ANSI_NULLS ON
GO

CREATE TRIGGER [Update_InspectionUpdateTotals] ON [dbo].[GmacExceptions]
FOR UPDATE
AS
```

```
DECLARE @InspectionID int

SELECT @InspectionID = InspectionID
FROM  GMACExceptions

EXEC usp_UpdateWearAndTear @InspectionID
EXEC usp_UpdateConditionGrade @InspectionID




GO
SET QUOTED_IDENTIFIER OFF
GO
SET ANSI_NULLS ON
GO

SET QUOTED_IDENTIFIER ON
GO
SET ANSI_NULLS ON
GO

CREATE TRIGGER [Insert_AccountNumber] ON dbo.Inspections
FOR INSERT
AS


DECLARE @InspectionID int

SELECT @InspectionID = ins.ID
FROM inserted ins

EXEC usp_UpdateAccountNumber @InspectionID

GO
SET QUOTED_IDENTIFIER OFF
GO
SET ANSI_NULLS ON
GO

SET QUOTED_IDENTIFIER ON
GO
SET ANSI_NULLS ON
GO

CREATE TRIGGER [Update_AccountNumber] ON dbo.Inspections
FOR UPDATE
AS


DECLARE @InspectionID int

SELECT @InspectionID = ID
FROM  Inspections


EXEC usp_UpdateAccountNumber @InspectionID
```

```
GO
SET QUOTED_IDENTIFIER OFF
GO
SET ANSI_NULLS ON
GO
```



*LIBRARY OF CONGRESS*

# Copyright Office
## of the United States
*WASHINGTON, D.C.*

**THIS IS TO CERTIFY** that the attached photocopy is a true
representation of the work entitled **UPSTREAM DIRECT
SOFTWARE FOR LAPTOP** deposited in the Copyright Office
with claim of copyright registered under number **TXu 1-186-903.**

**IN WITNESS WHEREOF** the seal of the Copyright Office has
hereto been affixed on October 23, 2006.

Marybeth Peters
Register of Copyrights

By:  Tracie M. Coleman
Head
Certifications and Documents Section
Information and Reference Division

Use of this material is governed by the U.S. copyright law 17
U.S.C. 101 et seq.

UPSTREAM DIRECT Software for LAP TOP *C.O.

```
IF EXISTS (SELECT name FROM master.dbo.sysdatabases WHERE name =
N'aisLocal')
        DROP DATABASE [aisLocal]
GO

CREATE DATABASE [aisLocal]  ON (NAME = N'aisLocal_Data', FILENAME = N'C:
\Program Files\Microsoft SQL Server\MSSQL\data\aisLocal_Data.MDF' , SIZE
= 5, FILEGROWTH = 10%) LOG ON (NAME = N'aisLocal_Log', FILENAME = N'C:
\Program Files\Microsoft SQL Server\MSSQL\data\aisLocal_Log.LDF' , SIZE
= 1, FILEGROWTH = 10%)
 COLLATE SQL_Latin1_General_CP1_CI_AS
GO

exec sp_dboption N'aisLocal', N'autoclose', N'true'
GO

exec sp_dboption N'aisLocal', N'bulkcopy', N'false'
GO

exec sp_dboption N'aisLocal', N'trunc. log', N'true'
GO

exec sp_dboption N'aisLocal', N'torn page detection', N'true'
GO

exec sp_dboption N'aisLocal', N'read only', N'false'
GO

exec sp_dboption N'aisLocal', N'dbo use', N'false'
GO

exec sp_dboption N'aisLocal', N'single', N'false'
GO

exec sp_dboption N'aisLocal', N'autoshrink', N'true'
GO

exec sp_dboption N'aisLocal', N'ANSI null default', N'false'
GO

exec sp_dboption N'aisLocal', N'recursive triggers', N'false'
GO

exec sp_dboption N'aisLocal', N'ANSI nulls', N'false'
GO

exec sp_dboption N'aisLocal', N'concat null yields null', N'false'
GO

exec sp_dboption N'aisLocal', N'cursor close on commit', N'false'
GO

exec sp_dboption N'aisLocal', N'default to local cursor', N'false'
GO

exec sp_dboption N'aisLocal', N'quoted identifier', N'false'
GO

exec sp_dboption N'aisLocal', N'ANSI warnings', N'false'
GO
```

1st Ten Pages

LIBRARY OF CONGRESS
MAR 1 6 2004
COPYRIGHT OFFICE
00

TXu 1-186-903

```
exec sp_dboption N'aisLocal', N'auto create statistics', N'true'
GO

exec sp_dboption N'aisLocal', N'auto update statistics', N'true'
GO

if( ( (@@microsoftversion / power(2, 24) = 8) and (@@microsoftversion &
0xffff >= 724) ) or ( (@@microsoftversion / power(2, 24) = 7) and
(@@microsoftversion & 0xffff >= 1082) ) )
      exec sp_dboption N'aisLocal', N'db chaining', N'false'
GO

use [aisLocal]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[Delete_InspectionUpdateTotals]') and OBJECTPROPERTY(id, N'IsTrigger') =
1)
drop trigger [dbo].[Delete_InspectionUpdateTotals]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[Insert_InspectionUpdateTotals]') and OBJECTPROPERTY(id, N'IsTrigger') =
1)
drop trigger [dbo].[Insert_InspectionUpdateTotals]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[Update_InspectionUpdateTotals]') and OBJECTPROPERTY(id, N'IsTrigger') =
1)
drop trigger [dbo].[Update_InspectionUpdateTotals]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_AttachPic]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_AttachPic]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_BeginInspection]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_BeginInspection]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_CleanOutTables]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_CleanOutTables]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_CountInspections]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_CountInspections]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_DealerAssign]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_DealerAssign]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_DealerAssignVeh]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_DealerAssignVeh]
```

```
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_DeleteAccessories]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_DeleteAccessories]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_DeleteException]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_DeleteException]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_DeleteInspection]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_DeleteInspection]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_DeleteOtherExceptions]') and OBJECTPROPERTY(id, N'IsProcedure') =
1)
drop procedure [dbo].[usp_DeleteOtherExceptions]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_DeletePic]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_DeletePic]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_FinalizeInspection]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_FinalizeInspection]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_GetAgent]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_GetAgent]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_GetAllAccessories]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_GetAllAccessories]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_GetAllExceptions]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_GetAllExceptions]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_GetAllPics]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_GetAllPics]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_GetBodyItem]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_GetBodyItem]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_GetBodyItems]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_GetBodyItems]
```

```
         GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_GetBodyItemsByPage]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_GetBodyItemsByPage]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_GetBodyItemsOther]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_GetBodyItemsOther]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_GetComments]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_GetComments]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_GetConditionReports]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_GetConditionReports]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_GetException]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_GetException]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_GetImagesDamaged]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_GetImagesDamaged]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_GetImagesOptional]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_GetImagesOptional]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_GetImagesRequired]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_GetImagesRequired]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_GetInspectionByID]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_GetInspectionByID]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_GetInspectionByVIN]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_GetInspectionByVIN]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_GetInspectionsForUpload]') and OBJECTPROPERTY(id, N'IsProcedure') =
1)
drop procedure [dbo].[usp_GetInspectionsForUpload]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_GetOtherExceptions]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_GetOtherExceptions]
```

```
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_GetStatusInfo]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_GetStatusInfo]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_GetTireDetails]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_GetTireDetails]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_GetVehicleDetails]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_GetVehicleDetails]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_GetWearAndTear]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_GetWearAndTear]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_GetXMLConditionReport]') and OBJECTPROPERTY(id, N'IsProcedure') =
1)
drop procedure [dbo].[usp_GetXMLConditionReport]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_InsertAccessory]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_InsertAccessory]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_InsertException]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_InsertException]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_InsertInspection]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_InsertInspection]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_ListAccessories]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_ListAccessories]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_ListColors]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_ListColors]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_ListDamageTypes]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_ListDamageTypes]
GO

if exists (select * from dbo.sysobjects where id = object_id(N'[dbo].
[usp_ListExceptionCodes]') and OBJECTPROPERTY(id, N'IsProcedure') = 1)
drop procedure [dbo].[usp_ListExceptionCodes]
```