# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

AUTOMOTIVE INSPECTION SERVICES, INC.

          Plaintiff,

v.

FLINT AUTO AUCTION, INC., INVISO, INC., PRIORITY INSPECTIONS, INC., JOHN LUCE, WILLIAM WILLIAMS, JR., ANGIE COMPTON, LAWRENCE CUBITT, KENNETH, J. MOFFITT, SCOTT BRALEY, and JOHN DOES 1-10,

          Defendants

_____/

Case No. 06-cv-15100
Hon. Lawrence P. Zatkoff

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
## UNDER FED. R. CIV. P. 41(a)(1)

This matter having come before the Court upon the stipulation of the parties as set forth below and the Court being otherwise advised in the premises;

IT IS HEREBY ORDERED that this action is dismissed with prejudice. The Court shall retain jurisdiction to enforce the provisions of the parties' settlement agreement. All parties shall bear their own costs and attorneys' fees incurred in connection with this action.

IT IS SO ORDERED.

                                                s/Lawrence P. Zatkoff
                                                LAWRENCE P. ZATKOFF
DATE:  April 29, 2008                  UNITED STATES DISTRICT JUDGE

STIPULATED TO:

Dated: April 23, 2008


By: <u>s. Deborah J. Swedlow</u>
BUTZEL LONG
J. Michael Huget (P39150)
Deborah J. Swedlow (P67844)
350 S. Main Street, Ste. 300
Ann Arbor, MI 48104
(734) 995-3110
Email: huget@butzel.com; swedlow@butzel.com

L.C. BEGIN & ASSOCIATES
Laurence C. Begin
Dennis K. Scheer
510 Highland Avenue
PMB 403
Milford MI 48381
(248) 889-5875
Email: larrybegin@beginlaw.com

**Attorneys for Plaintiff**



By: <u>s/ with permission Joseph A. Ahern</u>
STARK REAGAN, P.C.
Joseph A. Ahern (P38710)
1111 W Long Lake Road Suite 202
Troy MI 48098-6310 (248) 641-9955
Email: jahern@starkreagan.com

DICKINSON WRIGHT
John S. Artz (P48578)
38525 Woodward Avenue
Suite 2000
Bloomfield Hills, MI 48304-2970 248-433-7262
Email: jsartz@dickinsonwright.com
Attorneys for Defendants

**Attorneys for Defendants**